UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID G. OPPENHEIMER,

                Plaintiff,

    v.

eXp REALTY LLC,

                Defendant.

CASE NO. 2:21-cv-01304-RAJ-BAT

**ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF RULE 26 DEADLINES**

       Plaintiff David Oppenheimer and Defendant eXp Realty, LLC jointly move for a 60-day extension of all court deadlines including: (a) the deadline for the Parties' Rule 26(f) conference, (b) the deadline to exchange initial disclosures, and (c) the deadline to file the parties' joint status report and discovery. Dkt. 14. The parties seek this extension to continue settlement efforts. *Id.*

       The Court **GRANTS** the stipulated motion (Dkt. 14). The Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement dated January 20, 2022 (Dkt. 10) is amended to reflect the new deadlines as follows:

| | |
|---|---|
| Deadline for Fed. R. Civ. P. 26(f) Conference: | **June 7, 2022** |
| Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1): | **June 21, 2022** |
| Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f): | **July 5, 2022** |

The parties are directed to the Court's original Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement Plan (Dkt. 10) for details in complying and preparing their Joint Status Report and Discovery Plan.

DATED this 21st day of April, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
FOR CONTINUANCE OF RULE 26
DEADLINES - 2