UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID G. OPPENHEIMER,

                Plaintiff,

   v.

eXP REALTY LLC,

                Defendant.

CASE NO. 2:21-cv-01304-RAJ-BAT

**ORDER SETTING PRETRIAL SCHEDULE**

     This case has been referred to the undersigned United States Magistrate Judge for all pretrial proceedings. The Court has reviewed the parties' Joint Status Report and Discovery Plan (Dkt. 16) and issues the following pretrial schedule:

| Event | Date |
|---|---|
| Deadline for joining additional parties | **July 29, 2022** |
| Deadline for amending pleadings | **August 3, 2022** |
| Proposed protective order is due by | **September 1, 2022** |
| All motions related to written discovery must be noted for consideration no later than | **January 9, 2023** |
| Written Discovery to be completed by | **February 10, 2023** |
| All motions related to written discovery must be noted for consideration no later than | **March 7, 2023** |
| Oral Discovery to be completed by | **April 7, 2023** |

| | |
|---|---|
| Reports of expert witnesses per FRCP 26(a)(2) due | **June 16, 2023** |
| Reports of rebuttal expert witnesses per FRCP 26(a)(2) | **July 14, 2023** |
| Expert Depositions must be completed by | **September 15, 2023** |
| All dispositive motions must be filed pursuant to CR 7(d) | **October 20, 2023** |
| All *Daubert* motions must be filed by (same as dispositive) | **October 20, 2023** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

## TRIAL DATE

A trial date will be set by the assigned District Judge, the Honorable Richard A. Jones.

## DISCOVERY AND COOPERATION

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

The parties are encouraged to work together on proposed findings of fact and conclusions of law. On or before the deadline for filing proposed findings and conclusions the parties shall email their proposed findings and conclusions in Word format to tsuchidaorders@wawd.uscourts.gov.

## PRIVACY POLICY

ORDER SETTING PRETRIAL SCHEDULE - 2

Under LCR 5.2(a), parties must redact the following information before a pleading or exhibit is filed with the Court:

* Dates of Birth – redact to the year of birth, unless deceased.
* Names of Minor Children – redact to the initials, unless deceased or currently over the age of 18.
* Social Security or Taxpayer ID Numbers – redact in their entirety
* Financial Accounting Information – redact to the last four digits.
* Passport Numbers and Driver License Numbers – redact in their entirety.

## MEDIATION AND SETTLEMENT

The parties indicate they have engaged in settlement discussions and have not requested this case be designated for mediation under CR 39.1(c). Mediation and settlement are governed by the rule; under the rule the parties must normally first retain an individual to mediate or settle the case. If it is not feasible for the parties to retain such an individual, the parties may request the Court to appoint a *pro bono* mediator. Referring the case to a magistrate judge for settlement hearing normally occurs if the parties have unsuccessfully attempted to settle the case under CR 39.1 and the assigned District Judge also concludes it would be appropriate to make such a referral.

If the case settles, Plaintiff's counsel shall notify Andy Quach at (206) 370-8421 or via e-mail at: Andy_Quach@ wawd.uscourts.gov, as soon as possible. Pursuant to CR11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 8th  day of July, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER SETTING PRETRIAL SCHEDULE - 3