UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID G. OPPENHEIMER,<br><br>     Plaintiff,<br><br> v.<br><br>eXp REALTY LLC,<br><br>     Defendant. | CASE NO. 2:21-cv-01304-RAJ-BAT<br><br>**ORDER DIRECTING PLAINTIFF TO COMPLY WITH LCR 15** |

Plaintiff filed a motion to amend the complaint that does not conform with LCR 15. Dkt. 21. Accordingly, Plaintiff shall file by December 9, 2022, a copy of the proposed amended complaint highlighting or redlining how it differs from the current complaint. The amended complaint shall not incorporate by reference any part of the current complaint including exhibits.

DATED this 9th day of December, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO
COMPLY WITH LCR 15 - 1