Honorable Richard A. Jones
Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DAVID G. OPPENHEIMER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EXP REALTY, LLC,<br><br>　　　　　Defendant. | No. 2:21-cv-01304-RAJ-BAT<br><br>ANSWER OF EXP REALTY, LLC TO FIRST AMENDED COMPLAINT AND JURY DEMAND |

COMES NOW Defendant eXp Realty, LLC ("eXp"), by and through its attorneys of record, Donna M. Chamberlin and Chuqiao Wang of Lewis Brisbois Bisgaard & Smith, LLP, and in answer to Plaintiff David G. Oppenheimer ("Oppenheimer")'s First Amended Complaint and Jury Demand, admits, denies, and alleges as follows[1]:

**NATURE OF THE ACTION**

1. Defendant eXp admits that Plaintiff Oppenheimer has alleged certain claims under the United States Copyright Act and the Digital Millennium Copyright Act, but denies the remaining allegations in paragraph 1.

---

[1] Defendant does not respond to the headings in the Amended Complaint, which require no response. To the extent that these headings purport to contain factual allegations requiring a response, Defendant denies them.

ANSWER OF EXP REALTY, LLC TO FIRST AMENDED
COMPLAINT AND JURY DEMAND - 1

4854-5975-5089.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

## THE PARTIES

2. eXp admits that Plaintiff David Oppenheimer is an individual, but lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 2 and, on that basis, denies them.

3. eXp admits that it is a Washington limited liability company with an office to do business in Whatcom County, Washington. eXp admits that it uses a website accessible at "exprealty.com," denies that it has exclusive control over all aspects of content thereon, and lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 3 and, on that basis, denies them.

## JURISDICTION AND VENUE

4. eXp admits the allegations in paragraph 4.

5. eXp admits that it has contacts within this District and that it is a domestic entity formed in the State of Washington, but denies that its principal place of business is in Washington for all purposes. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 5 and, on that basis, denies them.

6. eXp denies that venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(a).

## FACTUAL ALLEGATIONS

7. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 7 and, on that basis, denies them.

8. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 8 and, on that basis, denies them.

9. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 9 and, on that basis, denies them.

ANSWER OF EXP REALTY, LLC TO FIRST AMENDED COMPLAINT AND JURY DEMAND - 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4854-5975-5089.1

10. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 10 and, on that basis, denies them.

11. eXp admits that it is a company that serves as a real estate brokerage and that its services can be accessed at exprealty.com. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 11 and, on that basis, denies them.

### Oppenheimer Creates, Registers, and Publishes the Photograph

12. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 12 and, on that basis, denies them.

13. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 13 and, on that basis, denies them.

14. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 14 and, on that basis, denies them.

15. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 15 and, on that basis, denies them.

16. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 16 and, on that basis, denies them.

17. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 17 and, on that basis, denies them.

### Initial Use of the Photograph by Defendant's Agent Without Authorization

18. eXp admits that Robert A. Ombres ("Ombres") was an independently contracted real estate representative affiliated with eXp Realty at various times in North Carolina. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 18 and, on that basis, denies them.

ANSWER OF EXP REALTY, LLC TO FIRST AMENDED
COMPLAINT AND JURY DEMAND - 3

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4854-5975-5089.1

19. eXp admits that Ombres was an eXp Realty real estate agent in North Carolina associated with eXp as an independent contractor at various times. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 19 and, on that basis, denies them.

20. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 20 and, on that basis, denies them.

21. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 21 and, on that basis, denies them.

22. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 22 and, on that basis, denies them.

23. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 23 and, on that basis, denies them.

24. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 24 and, on that basis, denies them.

### Oppenheimer Provides Notice of Copyright Infringement to Defendant

25. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 25 and, on that basis, denies them.

26. eXp admits that it received a letter from Oppenheimer's former counsel in 2021, the content of which speaks for itself. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 26 and, on that basis, denies them.

27. eXp admits that it is the DMCA Designated Agent for the website at exprealty.com. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 27 and, on that basis, denies them.

ANSWER OF EXP REALTY, LLC TO FIRST AMENDED
COMPLAINT AND JURY DEMAND - 4

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4854-5975-5089.1

**Defendant Fails to Remove or Disable Access to the Photograph Expeditiously**

28. eXp admits that its former attorney exchanged correspondence with Oppenheimer's counsel in 2021, that exhibit L of the Amended Complaint is a true and accurate copy of one letter from eXp's counsel to Oppenheimer's counsel in 2021, and that the content of that letter (exhibit L) speaks for itself. To the extent further answer could be required, eXp lacks knowledge or information sufficient to form a believe as to the truth or falsity of the remaining allegations in paragraph 28 and, on that basis, denies them.

29. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 29 and, on that basis, denies them.

30. eXp admits that its former counsel received correspondence from Oppenheimer's counsel on or around August 2021, the content of which speaks for itself. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 30 and, on that basis, denies them.

31. eXp admits that it exchanged correspondence with Oppenheimer's counsel in 2021 and that exhibit O of the Amended Complaint is a true and accurate copy of one letter from eXp's counsel to Oppenheimer's counsel in 2021. eXp denies the remaining allegations in paragraph 31.

32. eXp denies that Oppenheimer's image remained "accessible." eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 32 and, on that basis, denies them.

**EXP's Ongoing and New Infringements After Oppenheimer's Initiation of Litigation**

33. eXp denies that Oppenheimer's Photograph remained "accessible." eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 33 and, on that basis, denies them.

ANSWER OF EXP REALTY, LLC TO FIRST AMENDED
COMPLAINT AND JURY DEMAND - 5

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4854-5975-5089.1

34. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 34 and, on that basis, denies them.

35. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 35 and, on that basis, denies them.

36. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 36 and, on that basis, denies them.

37. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 37 and, on that basis, denies them.

38. eXp admits that Karuna C. Rockwell has worked as an independent contracted real estate representative affiliated with eXp Realty in North Carolina at various times. The contents of the NCREC posting speak for itself.  eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 38 and, on that basis, denies them.

**FIRST CLAIM FOR RELIEF**
**Copyright Infringement Under 17 U.S.C. § 501**

39. In answer to paragraph 39 of the Amended Complaint, eXp repeats and realleges its answers to each preceding paragraph as though fully set forth herein.

40. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 40 and, on that basis, denies them.

41. On information and belief, eXp admits that Ombres is a licensed real estate agent in North Carolina.  eXp denies that Ombres is its agent for all purposes including for the matters alleged herein.  eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 41 and, on that basis, denies them.

42. Deny.

ANSWER OF EXP REALTY, LLC TO FIRST AMENDED COMPLAINT AND JURY DEMAND - 6

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4854-5975-5089.1

43. On information and belief, eXp admits that Rockwell is a licensed real estate agent in North Carolina. eXp denies that Rockwell is its agent for all purposes including the matters alleged herein. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 43 and, on that basis, denies them.

44. Deny.

45. Deny.

46. Deny.

47. Deny.

48. Deny.

49. Deny.

50. Deny.

51. Deny.

52. Deny.

53. Deny.

54. Deny.

**SECOND CLAIM FOR RELIEF**
**Vicarious Copyright Infringement**
**(In the Alternative)**

55. In answer to paragraph 55 of the Amended Complaint, eXp repeats and realleges its answers to each preceding paragraph as though fully set forth herein.

56. Deny.

57. Deny.

58. Deny.

59. Deny.

ANSWER OF EXP REALTY, LLC TO FIRST AMENDED
COMPLAINT AND JURY DEMAND - 7

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4854-5975-5089.1

### THIRD CLAIM FOR RELIEF
### Contributory Copyright Infringement
### (In the Alternative)

60. In answer to paragraph 60 of the Amended Complaint, eXp repeats and realleges its answers to each preceding paragraph as though fully set forth herein.

61. Deny.

62. Deny.

63. Deny.

64. Deny.

### FOURTH CLAIM FOR RELIEF
### Violations of the DMCA Under Sections 1202(a) and 1202(b) of the Copyright Act

65. In answer to paragraph 65 of the Amended Complaint, eXp repeats and realleges its answers to each preceding paragraph as though fully set forth herein.

66. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 66 and, on that basis, denies them.

67. Deny.

68. eXp lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 68 and, on that basis, denies them.

69. Deny.

70. Deny.

71. Deny.

72. Deny.

73. Deny.

74. Deny.

75. Deny.

ANSWER OF EXP REALTY, LLC TO FIRST AMENDED COMPLAINT AND JURY DEMAND - 8

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4854-5975-5089.1

76. Deny.

77. Deny.

78. Deny.

79. Deny.

## JURY DEMAND

Oppenheimer's request for a jury requires no answer. To the extent that a trial may be appropriate, eXp has no objection to it.

## PRAYER FOR RELIEF

eXp denies that Oppenheimer is or could be entitled to any relief he seeks in paragraphs 1-5.

## OMNIBUS DENIAL

Unless expressly admitted herein, eXp denies the remainder of Oppenheimer's Amended Complaint.

## GENERAL AND AFFIRMATIVE DEFENSES

By way of further answer and by way of general and affirmative defense, eXp alleges and states as follows:

1. The Amended Complaint fails to state a claim upon which relief can be granted, or Plaintiff cannot establish the elements of proof for direct, secondary, contributory, and vicarious infringement and Plaintiff also fails to state a valid claim, or Plaintiff cannot establish all elements, of a violation of the DMCRA.

2. The case is subject to dismissal for improper venue because the parties and the alleged acts are centered in North Carolina.

3. On information and belief and subject to further investigation in discovery, Oppenheimer's claims are or may be barred in whole or in part to the extent that Oppenheimer

ANSWER OF EXP REALTY, LLC TO FIRST AMENDED COMPLAINT AND JURY DEMAND - 9

4854-5975-5089.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

lacks standing, including because Oppenheimer may have assigned and/or waived any rights he may have had to the alleged copyrighted photograph to a third party including by, *inter alia*,

    a.    Allowing others to use his work free of charge and without enforcement of his alleged copyrights;

    b.    Dedicating his work to the public by posting images of it without notice of copyright protection;

    c.    Allowing other putative infringers to use his work free of charge;

    d.    Failing to monitor and detect putative uses of his works;

    e.    Posting his work in a fashion in which it was reasonably expected that others would use it without understanding it was subject to purchase or use.

4. Oppenheimer's claims are barred by the statute of repose and/or estoppel to the extent that Oppenheimer unnecessarily delayed in asserting his putative rights and in so doing, slept on his rights for the purpose of having eXp abstain from addressing the alleged infringement, and but for Oppenheimer's inducement, eXp could have acted to prevent any claims of infringement, and Oppenheimer knew that his delays were for the purpose of generating false or induced claims of infringement or willful infringement.

5. On information and belief and subject to further investigation in discovery, Oppenheimer's claims are or may be barred in whole or in part to the extent that he was not the owner of any exclusive right under 17 U.S.C. § 106 at the time of the alleged infringement, or the work was not subject to copyright due to lack of sufficient creativity or derivation from other works.

6. On information and belief and subject to further investigation in discovery, Oppenheimer's claims are or may be barred in whole or in part to the extent that he does not own validly registered copyrights for the photographs at issue, including because Oppenheimer may

ANSWER OF EXP REALTY, LLC TO FIRST AMENDED
COMPLAINT AND JURY DEMAND - 10

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4854-5975-5089.1

have: (a) failed to comply with statutory and regulatory formalities for securing a registration for the work, (b) abandoned, waived rights in, or dedicated the work to the public, or (c) perpetuated a fraud on the Copyright Office or otherwise violated public policy in securing or asserting rights to the work which is not subject to valid copyright protection.

7. Upon information and belief, and subject to further investigation in discovery, Oppenheimer's claims are or may be barred in whole or in part to the extent that the registrations allegedly covering the photograph at issue are invalid and/or unenforceable because, among other things, the at-issue work: (a) constitutes a *scenes a faire* image that is not subject to protection, (b) merges the idea and facts; thus, lacks sufficient originality to be subject to copyright, (c) lacks sufficient creativity to be subject to copyright protection, (d) was dedicated to the public, (e) is the result of copying, and further (f) Oppenheimer may have failed to comply with registration, deposit, and other necessary formalities under the Copyright Act.

8. On information and belief, and subject to further investigation in discovery, Oppenheimer's claims are barred due to the doctrine of unclean hands in securing his copyright registration, asserting his rights, and by warehousing his work knowing it had limited if any actual value.

9. Any actions allegedly performed by eXp were not willful and were innocent and are therefore not subject to any claim under 17 U.S.C. § 504, 1202.

10. Oppenheimer's claimed work lacks demonstrable commercial value; thus, Oppenheimer cannot claim actual damages and any statutory damages should be denied or reduced.

11. Oppenheimer's claims are barred to the extent that any use of the Photograph is fair use.

ANSWER OF EXP REALTY, LLC TO FIRST AMENDED
COMPLAINT AND JURY DEMAND - 11

4854-5975-5089.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

12. eXp exercised good faith efforts to prevent any use or infringing use of Oppenheimer's work, such that there could be no direct, contributory, vicarious or secondary infringement by eXp.

13. eXp lacked knowledge of any infringing acts by either Ombres and Rockwell and took good faith efforts to train them and to prevent any allegedly infringing act.

14. eXp made no material contribution to the allegedly infringing acts and instead trained and directed its independent agents not to use and to protect against using copyrighted works.

15. Ombres and Rockwell were independent contractors from whose acts eXp derived no commercial benefit.

16. Plaintiff cannot state a claim under the DMCRA, 17 U.S.C. § 512 (b) to the extent that any alleged use of the work was by reason of intermediate and temporary storage including by that of a third party, kvCore, and eXp took expeditious actions to remove, disable and make the work inaccessible through kvCore, any eXp webpage or any other means.

17. Plaintiff cannot state a claim under the DMCRA, 17 U.S.C. § 512 (c) or, if a claim could be stated, it is limited because:

    a. Plaintiff failed to provide eXp with adequate notice of the alleged infringement in that it failed to have all required elements of notification of infringing activities pursuant to 17 U.S.C. § 512 (c);

    b. Plaintiff failed to give timely notice of the alleged infringement;

    c. Plaintiff failed to take reasonable actions to notify the website operator, kvCore, who had the right and ability to control the at-issue website;

18. eXp is subject to safe harbor protection under the DMCRA, 17 U.S.C. § 512 (c), (d), because, *inter alia*:

ANSWER OF EXP REALTY, LLC TO FIRST AMENDED COMPLAINT AND JURY DEMAND - 12

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4854-5975-5089.1

      a.      eXp trained its personnel to prevent use of copyrighted works and other intellectual property;

      b.      eXp had a DMCA compliance process in place for providing complainants an opportunity to give notice and request the takedown of any offending works;

      c.      eXp did not derive a financial benefit from any alleged infringing activity and lacked the ability to control the alleged infringing activity;

      d.      eXp did not have actual knowledge that the alleged work was copyright protected or posted on any eXp work or advertising material, and was not aware of facts or circumstances from which infringing activity was apparent;

      e.      To the extent of any alleged infringement, eXp acted expeditiously to remove or disable use or access to Oppenheimer's alleged work and did so in good faith; and

      f.      The website was operated by a third party, kvCore, over whom eXp lacked control and to whom Plaintiff failed to provide statutory notice of the alleged infringement.

**DEFENDANT'S PRAYER FOR RELIEF**

WHEREFORE having fully answered Oppenheimer's Amended Complaint, eXp requests relief as follows:

1.    Dismissal of Oppenheimer's Amended Complaint with prejudice with no finding of liability as against eXp;

2.    Dismissal of this action based upon improper venue;

3.    An award of attorneys' fees and costs to eXp to the extent allowed by law; and

4.    For such further and other relief as this Court deems just and equitable.

ANSWER OF EXP REALTY, LLC TO FIRST AMENDED COMPLAINT AND JURY DEMAND - 13

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4854-5975-5089.1

1  DATED this 14th day of February, 2023

2                                          LEWIS BRISBOIS BISGAARD & SMITH LLP

3

4                                          */s/ Donna M. Chamberlin*
                                           Donna M. Chamberlin, WSBA #31227

5                                          */s/ Chuqiao Wang*
6                                          Chuqiao Wang, WSBA #57196

7                                          1111 Third Avenue, Suite 2700
                                           Seattle, WA 98101
8                                          (206) 436-2020 / (206) 436-2030 Fax
                                           Donna.Chamberlin@lewisbrisbois.com
9                                          Chuqiao.Wang@lewisbrisbois.com
10                                         Attorneys for Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ANSWER OF EXP REALTY, LLC TO FIRST AMENDED           LEWIS BRISBOIS BISGAARD & SMITH LLP
COMPLAINT AND JURY DEMAND - 14                              1111 Third Avenue, Suite 2700
                                                              Seattle, Washington 98101
                                                                    206.436.2020

4854-5975-5089.1

# DECLARATION OF SERVICE

I hereby certify that on the 14th day of February, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

| | |
|---|---|
| Nathan A. Hoerschelmann, WSBA #33592<br>HOERSCHELMANN DIETZ PLLC<br>1143 Martin Luther King Jr. Way, #145<br>Seattle, WA 98122<br>(206) 953-8735<br><br>Ilya G. Zlatkin (*pro hac vice*)<br>ZLATKIN WONG LLP<br>4245 North Knox Avenue<br>Chicago, IL 60641<br>(312) 809-6989<br><br>**Attorneys for Plaintiff** | ☐ via U.S. Mail, first class, postage prepaid<br>☐ via FedEx Overnight service<br>☐ via Legal Messenger Hand Delivery<br>☒ via CM/ECF<br>☒ via E-mail: nathan@hdpnw.com<br>              ilya@zlatkinwong.com<br>              faye@zlatkinwong.com |

*/s/ Annie Kliemann*
Annie Kliemann, Legal Secretary
Annie.Kliemann@lewisbrisbois.com

ANSWER OF EXP REALTY, LLC TO FIRST AMENDED COMPLAINT AND JURY DEMAND - 15

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4854-5975-5089.1