Honorable Richard A. Jones
Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DAVID G. OPPENHEIMER,<br><br>      Plaintiff,<br><br>    vs.<br><br>EXP REALTY, LLC,<br><br>      Defendant. | No. 2:21-cv-01304-RAJ-BAT<br><br>NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANT<br><br>[CLERK'S ACTION REQUIRED] |

PLEASE TAKE NOTICE that Chuqiao Wang of Lewis Brisbois Bisgaard & Smith LLP hereby withdraws as counsel for Defendant eXp Realty, LLC in the above-entitled action.

All further pleadings and papers in the above-entitled causes should continue to be served upon Donna M. Chamberlin, Lewis Brisbois Bisgaard & Smith, LLP, at 1111 Third Avenue, Suite 2700, Seattle, WA 98101.

DATED this 26th day of October, 2023

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Chuqiao Wang*
Chuqiao Wang, WSBA #57196

1111 Third Avenue, Suite 2700
Seattle, WA 98101

NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANT - 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4865-2263-9874.1

(206) 436-2020 / (206) 436-2030 Fax
Chuqiao.Wang@lewisbrisbois.com
Withdrawing Attorney for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANT - 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4865-2263-9874.1

## DECLARATION OF SERVICE

I hereby certify that on the 26th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

| | |
|---|---|
| Nathan A. Hoerschelmann, WSBA #33592<br>HOERSCHELMANN DIETZ PLLC<br>1143 Martin Luther King Jr. Way, #145<br>Seattle, WA 98122<br>(206) 953-8735<br><br>Ilya G. Zlatkin (*pro hac vice*)<br>ZLATKIN WONG LLP<br>4245 North Knox Avenue<br>Chicago, IL 60641<br>(312) 809-6989<br><br>***Attorneys for Plaintiff*** | ☐ via U.S. Mail, first class, postage prepaid<br>☐ via FedEx Overnight service<br>☐ via Legal Messenger Hand Delivery<br>☒ via CM/ECF<br>☒ via E-mail: nathan@hdpnw.com<br>       ilya@zce.law<br>       clerk@zce.law |

*/s/ Annie Kliemann*
Annie Kliemann, Legal Secretary
Annie.Kliemann@lewisbrisbois.com

NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANT - 3

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4865-2263-9874.1