Dist. Judge Richard A. Jones

Mag. Judge Brian A. Tsuchida

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

David G. Oppenheimer,

    Plaintiff,

  v.

eXp Realty, LLC,

    Defendant.

2:21-cv-01304-RAJ-BAT

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff David G. Oppenheimer, by and through his undersigned counsel, and Defendant eXp Realty, LLC, by and through its undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice. In accordance with the settlement agreement between the parties, each side shall bear their own costs, expenses, and fees, including all attorneys' fees.

Joint Stipulation of Dismissal with Prejudice
Case No. 2:21-cv-01304-RAJ-BAT
Page 1

Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago IL 60641
312-809-8022

Dated: November 15, 2023

Respectfully submitted,

| By: /s/ Nathan A. Hoerschelmann<br>HOERSCHELMANN DIETZ PLLC<br>1143 Martin Luther King Jr Way<br>Seattle, Washington 98122<br>Tel: (206) 953-8735<br>nathan@hdpnw.com<br><br>By: /s/ Ilya G. Zlatkin<br>ZLATKIN CANN ENTERTAINMENT<br>4245 North Knox Avenue<br>Chicago, Illinois 60641<br>Tel: (312) 809-8022<br>ilya@zce.law<br><br>*Attorneys for Plaintiff* | By: /s/ Donna M. Chamberlin<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>1111 Third Avenue, Suite 2700<br>Seattle, Washington 98101<br>Tel: (206) 436-2020<br>Donna.Chamberlin@lewisbrisbois.com<br><br>*Attorney for Defendant* |

Joint Stipulation of Dismissal with Prejudice
Case No. 2:21-cv-01304-RAJ-BAT
Page 2

Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago IL 60641
312-809-8022